LAW OFFICES OF CATHARINE KROGER-DIAMOND
A PROFESSIONAL CORPORATION
CATHARINE E. KROGER-DIAMOND (SBN 93265)
MARLON D. CAMPOS (SBN 299357)
SPENCER A. STEIN (SBN 314141)
KRISTEN S. SINGH (SBN 315859)
POINSETTIA VILLAGE
7220 AVENIDA ENCINAS, SUITE 203
CARLSBAD, CA 92011
(760) 931-2900
(760) 931-2904 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KATHLEEN GREENBERG, | Case No.: 3:18-CV-0878-BEN-BGS |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)** |
| v. | |
| HOME DEPOT U.S.A., INC. | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kathleen Greenberg hereby voluntarily dismisses the above-captioned action, without prejudice as to all defendants, and without further notice. Each side shall bear its own costs and fees. As grounds therefore, Plaintiff states that: (1) no defendant has filed an answer or a motion to dismiss;

and (2) a settlement agreement has been reached between the parties to the above-captioned action.

Dated : 7/31/18    LAW OFFICE OF CATHARINE KROGER-DIAMOND
A PROFESSIONAL CORPORATION


By: /s/ Catharine Kroger-Diamond
CATHARINE KROGER-DIAMOND, ESQ.
Attorney for Plaintiff